IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CALVIN LEON LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-11-05-R |
| | ) | |
| SHANE WYATT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

United States Magistrate Judge Robert E. Bacharach has entered a Report and Recommendation [Doc. No. 32] recommending that Plaintiff's motion for leave to amend his complaint [Doc. No. 26] be granted. No objection to the Report and Recommendation has been filed. Therefore, the Report and Recommendation [Doc. No. 32] is ADOPTED and Plaintiff's motion for leave to amend his complaint is GRANTED and Plaintiff shall file his amended complaint within ten (10) days of the date of this Order. This matter is recommitted to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 3rd day of January, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE