# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CALVIN LEON LEE, ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-11-05-R |
| ) | |
| SHANE WYATT, et al., ) | |
| ) | |
|    **Defendants.** ) | |

## ORDER

  Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered November 18, 2011. Doc. No. 31. No objection to the Report and Recommendation has been filed. Therefore, the Report and Recommendation is ADOPTED, Defendants' motion to dismiss Plaintiff's Complaint [Doc. No. 19] is GRANTED and Plaintiff's Complaint is DISMISSED.

  IT IS SO ORDERED this 3rd day of January, 2012.

              _David L. Russell_
              DAVID L. RUSSELL
              UNITED STATES DISTRICT JUDGE